Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00268-CV

In the Interest of **B.D.L.** and B.L.L, Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 98EM504135
Honorable Juan A. Chavira, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:  September 21, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal on April 8, 2011. The trial court clerk filed the clerk's record on August 23, 2011. The clerk's record indicates that appellant is appealing from a final judgment signed by the trial court on June 4, 1999. Appellant's notice of appeal is untimely. *See* TEX. R. APP. P. 26.1, 26.3. We, therefore, dismiss this appeal for lack of jurisdiction.

PER CURIAM